IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JERIMIAH LEE VANCE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:18CV278 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

Because the Court cannot give legal advice,

IT IS ORDERED that:

(1)     The motion (filing no. 10) is denied.

(2)     However, the Clerk shall send a copy of the civil form "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254" to Mr. Vance.

DATED this 24th day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge