IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERIMIAH LEE VANCE, | ) | |
| | ) | |
| Petitioner, | ) | 8:18CV278 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Respondent. | ) | |

The Petitioner filed a habeas corpus petition that did not comply with Rule 2 of the Rules Governing Section 2254 Cases in the United States District Courts. Accordingly, I dismissed the petition. But, I gave Petitioner an opportunity to file an amended petition. He has not done so, and time for doing so has expired. Therefore,

IT IS ORDERED that this matter is dismissed without prejudice. No certificate of appealability has been or will be issued. A separate judgment dismissing this matter without prejudice will be filed.

DATED this 7th day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge