IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JERIMIAH LEE VANCE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | 8:18CV278 |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that Petitioner's Motion for Copies (filing no. 14) is denied.

DATED this 19th day of November, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge